THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SAUTER and MARION SCOZZOFAVA, Appellants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

PLAZMONT PHARMACY, INC., Respondent, v. BELPLAZA CORPORATION, Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

In the Matter of the Accounting of Public Administrator of the County of New York, as Administrator of the Estate of WALTER J. McCUNE, Deceased, Respondent. FLORENCE J. McCUNE, Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

In the Matter of the Arbitration between ANNA LICHT, Respondent, and PAUL ADLER ORIGINALS, INC., Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Bergan, JJ.

ROSE COHN et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ. [See post, p. 1064.]

LOUIS BERGER et al., Doing Business as J. B. EXPRESS Co., Respondents, v. 34TH STREET GARAGE, INC., Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

In the Matter of BONELL'S LIQUORS, INC., Appellant, against STANLEY R. BROFF et al., Respondents.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

In the Matter of ELIZABETH N. CORNING et al., Appellants, against JOHN W. HILL, as Presiding Justice of the Domestic Relations Court of the City of New York, et al., Respondents.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

ISIDOR ROSNER, Suing for Himself and All Others Similarly Situated as Tenants of 410 Riverside Drive, Appellant, v. MINNIE SMITH, INC., Respondent.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.